Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Premier Tillage, Inc. |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | DC Welding & Repair, Inc. |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 20-3856160 |

4. **Debtor's address**

**Principal place of business**

2572 County Road 76
Number    Street

Quinter    KS    67752
City       State   ZIP Code

Gove County
County

**Mailing address, if different from principal place of business**

P.O. Box 207
Number    Street

P.O. Box

Quinter    KS    67752
City       State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City       State   ZIP Code

5. **Debtor's website** (URL)   www.premiertillage.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Premier Tillage, Inc.
_____
Name

Case number (*if known*)_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
3523

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____ Case number _____
                                      MM / DD / YYYY
        District _____  When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                     MM / DD / YYYY
        Case number, if known _____

Debtor  Premier Tillage, Inc.                                    Case number (if known)_____
        Name

## 11. Why is the case filed in *this district*?

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

## 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number       Street
                         _____
                         _____
                         City                                    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name    _____
        Phone           _____

### Statistical and administrative information

## 13. Debtor's estimation of available funds

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

## 14. Estimated number of creditors

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

## 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 3

| Debtor | Premier Tillage, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/18/2025
MM / DD / YYYY

✘ /s/ Daniel W. Chupp
Signature of authorized representative of debtor

Daniel W. Chupp
Printed name

Title President

**18. Signature of attorney**

✘ /s/ Neil Sader
Signature of attorney for debtor

Date 03/18/2025
MM / DD / YYYY

Neil Sader
Printed name

Sader Law Firm, LLC
Firm name

2345 Grand Blvd. Suite 2150
Number    Street

Kansas City
City

MO
State

64108
ZIP Code

816-561-1818
Contact phone

nsader@saderlawfirm.com
Email address

16437
Bar number

KS
State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 4

**Fill in this information to identify the case:**

Debtor name: Premier Tillage, Inc.

United States Bankruptcy Court for the: District of Kansas (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................................................................. $ 595,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................................................................... $ 4,690,139.02

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................................................................. $ 5,285,139.02

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............... $ 8,753,074.54

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................... $ 51,833.32

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.............................. +$ 479,734.56

4. **Total liabilities**................................................................................................................................................ $ 9,284,642.42
   Lines 2 + 3a + 3b

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Tonkawa Foundry, Inc.<br>510 S. 7th<br>Tonkawa, OK, 74653 | 580-628-2575 | Suppliers or Vendors | | | | 164,870.29 |
| 2 | Siouxland Fabricating, Inc.<br>3114 Eagle Avenue<br>Rock Valley, IA, 51247 | 712-476-9761 | Suppliers or Vendors | | | | 56,936.61 |
| 3 | Gove Co. Treasurer Office<br>PO Box 127<br>Gove, KS, 67736 | 785-938-2275 | Taxes & Other Government Units | | | | 40,018.05 |
| 4 | Lampton Welding Co., Inc.<br>P.O. Box 765<br>Wichita, KS, 67201 | 800-688-7688 | Suppliers or Vendors | | | | 34,108.46 |
| 5 | MSC Industrial Supply Co.<br>P.O. Box 953635<br>Saint Louis, MO, 63195 | 800-645-7270 | Suppliers or Vendors | | | | 31,006.88 |
| 6 | Insurance Planning Inc.<br>P.O. Box 100<br>Hays, KS, 67601 | 800-999-0474 | Services | | | | 26,961.60 |
| 7 | Midway Manufacturing Inc.<br>P.O. Box 251<br>Kinsley, KS, 67547 | 620-659-3631 | Suppliers or Vendors | | | | 24,000.00 |
| 8 | Kanamak Hydraulics, Inc.<br>P.O. Box 575<br>Garden City, KS, 67846 | 800-473-5843 | Suppliers or Vendors | | | | 17,500.00 |

| | Debtor | Premier Tillage, Inc. | | Case number (if known) | | | |
|---|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Oldham Sales, Inc. 815 E. 11th street Hays, KS, 67601 | 785-625-2547 | Suppliers or Vendors | | | | 17,204.94 |
| 10 | Carlson Hydraulics 3414 W. 29th Street S. Wichita, KS, 67217 | 316-944-0040 | Suppliers or Vendors | | | | 13,000.00 |
| 11 | Solve Industrial Motion Group PO Box 736423 Dallas, TX, 75373 | 631-273-8200 | Suppliers or Vendors | | | | 11,064.00 |
| 12 | Wearparts Tillage Tools, LLC 1821 Bacon Drive Gothenburg, NE, 69138 | 888-425-2337 | Suppliers or Vendors | | | | 9,639.13 |
| 13 | Moore Gear & Manufacturing Co. #2 Hawthorne Drive Hermann, MO, 65041 | 573-486-5415 | Suppliers or Vendors | | | | 8,000.00 |
| 14 | BoltCraft LLC 3307 Lake Avenue Gothenburg, NE, 69138 | 855-330-2210 | Suppliers or Vendors | | | | 7,252.00 |
| 15 | Brush Art Corporation PO Box 217 Downs, KS, 67437 | 785-454-3383 | Services | | | | 6,747.30 |
| 16 | Mittens Inc. 1001 US 40 Oakley, KS, 67748 | 785-672-3062 | | | | | 6,662.51 |
| 17 | Salina Steel Supply, Inc. PO Box 2897 Salina, KS, 67402 | 785-825-2138 | Suppliers or Vendors | | | | 6,101.00 |
| 18 | Frontier Ag Inc. PO Box 248 Oakley, KS, 67748 | 785-754-3348 | Suppliers or Vendors | | | | 5,166.04 |
| 19 | Earle M. Jorgensen Company P.O. Box 856270 Minneapolis, MN, 55485 | 816-483-4140 | Suppliers or Vendors | | | | 5,000.00 |
| 20 | Matheson Tri-Gas, Inc. P.O. Box 123028 Dallas, TX, 75312 | 785-650-0100 | Services | | | | 4,791.00 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 2

**Accenture LLP**
**500 W. Madison Street**
**Chicago, IL 60661**

**Attorney General, Main Justice Building**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530-0001**

**Audrey S. Hawthorne**
**320 Washington Street**
**Gove, KS 67736**

**Banterra Bank**
**P.O. Box 790**
**Marion, IL 62959**

**Berendsen Fluid Power, Ltd.**
**401 S. Boston**
**Tulsa, OK 74103**

**BoltCraft LLC**
**3307 Lake Avenue**
**Gothenburg, NE 69138**

**Brandon L. Tommer**
**415 Lincoln Street**
**Quinter, KS 67752**

**Brush Art Corporation**
**PO Box 217**
**Downs, KS 67437**

**Bumper to Bumper of Quinter**
**316 Main Street**
**Rexford, KS 67753**

**Carlson Hydraulics**
**3414 W. 29th Street S.**
**Wichita, KS 67217**

**Cintas Corporation #449**
**PO Box 88005**
**Chicago, IL 60680**

**CK Technologies**
**2721 Canal Blvd.**
**Hays, KS 67601**

**Controlled Automation**
**P.O. Box 888**
**Bryant, AR 72089**

**Daniel W. Chupp**
**400 Parkview Court**
**Quinter, KS 67752**

**Darlene M. Chupp**
**400 Parkview Court**
**Quinter, KS 67752**

**Darrin G. Davidson**
**204 E. 4th street**
**Park, KS 67751**

**Eagle Radio**
**2300 Hall Street**
**Hays, KS 67601**

**Earle M. Jorgensen Company**
**P.O. Box 856270**
**Minneapolis, MN 55485**

**Equity Bank**
**7701 E. Kellogg, Suite 100**
**Wichita, KS 67202**

**Equity Bank**
**PO Box 10**
**Quinter, KS 67752**

**Equity Bank**
**P.O. Box 10**
**Quinter, KS 67752**

**Fidelity Capital Partners, LLC**
**19600 Fairchild Road, Suite 120**
**Irvine, CA 92612**

**Frontier Ag Inc.**
**PO Box 248**
**Oakley, KS 67748**

**General Motors**
**P.O. Box 78143**
**Phoenix, AZ 85062**

**GM Financial**
**P.O. Box 78143**
**Phoenix, AZ 85062**

**Go Engineer**
**PO Box 671351**
**Dallas, TX 75267**

**Gove Co. Treasurer Office**
**PO Box 127**
**Gove, KS 67736**

**Gove County Solid Waste**
**P.O. Box 128**
**Gove, KS 67736**

**Great Plains Capital Partners, LLC**
**435 Nichols Road, Suite 200**
**Kansas City, MO 64112**

**Gretchen Hafliger**
**25039 Glen Road**
**Wa Keeney, KS 67672**

**Hinkle Termite & Pest Control LLC**
**1980 W. 4th Street**
**Colby, KS 67701**

**Insurance Planning Inc.**
**P.O. Box 100**
**Hays, KS 67601**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19255

Issco Inc.
P.O. Box 1469
Lees Summit, MO 64063

John Deere Financial
P.O. Box 6600
Johnston, IA 50131

Justin L. Chupp
101 N. Long Street
Quinter, KS 67752

Kanamak Hydraulics, Inc.
P.O. Box 575
Garden City, KS 67846

Kansas Department of Revenue
P.O. Box 12003
Topeka, KS 66601

Lampton Welding Co., Inc.
P.O. Box 765
Wichita, KS 67201

Matheson Tri-Gas, Inc.
P.O. Box 123028
Dallas, TX 75312

Midway Manufacturing Inc.
P.O. Box 251
Kinsley, KS 67547

Midwest Energy

Mittens Inc.
1001 US 40
Oakley, KS 67748

Montanstahl Special Profiles
49.0.23.04.106.608
Eisenindustriestriestrasse 9, D
Schwerte, Germany 68239,

Moore Gear & Manufacturing Co.
Hermann, MO 65041

MSC Industrial Supply Co.
P.O. Box 953635
Saint Louis, MO 63195

Nex-Tech
P.O. Box 803868
Kansas City, MO 64180-3868

Nicholas J. Zluticky
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

**North Central Air**
619 Morgan Avenue
Eureka, SD 57437

**Northwest Kansas Economic Innovation Center**
112 S. Kansas Avenue, #313
Norton, KS 67654

**Office of the United States Trustee**
400 E 9th Street
Room 3440
Kansas City, MO 64106

**Oldham Sales, Inc.**
815 E. 11th street
Hays, KS 67601

**Oracle Financing**
P.O. Box 405874
Atlanta, GA 30384

**Pinon**
P.O. Box 874710
Kansas City, MO 64187

**PNC Equipment Finance**
655 Business Center Drive
Horsham, PA 19044

**Robert J. Herl**
801 Hillside Drive
Quinter, KS 67752

**Salina Steel Supply, Inc.**
PO Box 2897
Salina, KS 67402

**Seneca Foundry Inc.**
PO Box 365
Webster City, IA 50595

**Siouxland Fabricating, Inc.**
3114 Eagle Avenue
Rock Valley, IA 51247

**SMA**
PO Box 2247
Jonesboro, AR 72402

**Small Business Administration**
14925 Kingsport Road
Fort Worth, TX 76155

**Small Business Administration**
1000 Walnut St., Suite 500
Kansas City, MO 64106

**Solve Industrial Motion Group**
PO Box 736423
Dallas, TX 75373

**The Daniel W. Chupp Trust**
400 Parkview Court
Quinter, KS 67752

**The Daniel W. Chupp Trust dated Dec. 9, 2016**
400 Parkview Court
Quinter, KS 67752

**The Darlene M. Chupp Trust**
400 Parkview Court
Quinter, KS 67752

**The Darlene M. Chupp Trust dated Dec. 9, 2016**
400 Parkview Court
Quinter, KS 67752

**Thomas J. Lasater**
**Fleeson, Gooing, Coulson & Kitch, L.L.C.**
P.O. Box 997
Wichita, KS 67201

**Timothy C. Hawkins**
6483 Sundance Trail
Goodland, KS 67735

**TMT Truck Permitting, Inc.**
1516 Taylor Plaza
Garden City, KS 67846

**Tonkawa Foundry, Inc.**
510 S. 7th
Tonkawa, OK 74653

**Toyota Commercial Finance**
P.O. Box 660926
Dallas, TX 75266

**Tri Central Office Supply, Inc.**
1101 Main Street
Hays, KS 67601

**Tyrel B. Chupp**
302 Park Street
Quinter, KS 67752

**Tyson J. Reinert**
327 N. 7th Street
Wa Keeney, KS 67672

**U.S. Attorney, KS- Bankruptcy**
500 State Ave., Ste. 360
Kansas City, KS 66101

**U.S. Attorney, WDMO- Bankruptcy**
400 East 9th Street, Room 5510
Kansas City, MO 64106

**UPS**
PO Box 650116
Dallas, TX 75265

**Verizon Business**
P.O. Box 16810
Newark, NJ 07101-6810

**Verizon Wireless**
P.O. Box 16810
Newark, NJ 07101

**Vyve Broadband**
P.O. Box 268951
Oklahoma City, OK 73126-8951

**Wearparts Tillage Tools, LLC**
1821 Bacon Drive
Gothenburg, NE 69138

**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673

United States Bankruptcy Court
District of Kansas

In re: Premier Tillage, Inc.

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/18/2025

/s/ Daniel W. Chupp
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor