AMENDED

**Fill in this information to identify the case:**

Debtor name: Premier Tillage, Inc.

United States Bankruptcy Court for the: District of Kansas (State)

Case number (If known): 25-20314

☑ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................... $ 595,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................................................. $ 4,715,197.02

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................................................... $ 5,310,197.02

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................. +$ 15,466.24

4. **Total liabilities**...................................................................................................................... $ 15,466.24
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name __Premier Tillage, Inc._____

United States Bankruptcy Court for the: __District of Kansas_____

Case number (If known): __25-20314_____

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Equity Bank, 7701 E. Kellogg, Suite 100, Wichita KS | Savings | 2 9 2 6 | $ 0.00 |
   | 3.2. See continuation sheet | | ___ ___ ___ ___ | $ 30,404.51 |

4. **Other cash equivalents** *(Identify all)*
   - 4.1. _____    $ _____
   - 4.2. _____    $ _____

5. **Total of Part 1**    $ 30,404.51

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☑ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   - 7.1. _____    $ _____
   - 7.2. _____    $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. _____ $ _____
   8.2. _____ $ _____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. $ _____

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    | | face amount | – | doubtful or uncollectible accounts | = → | Current value |
    |---|---|---|---|---|---|
    | 11a. 90 days old or less: | 10,292.51 | – | 0.00 | = → | $ 10,292.51 |
    | 11b. Over 90 days old: | 0.00 | – | 0.00 | = → | $ 0.00 |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 10,292.51

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:
    14.1. _____  _____  $ _____
    14.2. _____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                     % of ownership:
    15.1. _____  _____%  _____  $ _____
    15.2. _____  _____%  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____  _____  $ _____
    16.2. _____  _____  $ _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83. $ _____

Debtor  Premier Tillage, Inc.  
_____  
Name

Case number *(if known)* 25-20314

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☐ No. Go to Part 6.
    - ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Items to Use in Manufacturing | ___/___/___ <br> MM / DD / YYYY | $_____ | _____ | $ 250,000.00 |
| 20. **Work in progress** <br> _____ | ___/___/___ <br> MM / DD / YYYY | $_____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** <br> Plows and blades for Sale | 08/06/2024 <br> MM / DD / YYYY | $_____ | _____ | $ 2,300,000.00 |
| 22. **Other inventory or supplies** <br> Machinery & Equipment | 08/06/2024 <br> MM / DD / YYYY | $_____ | _____ | $ 1,500,000.00 |

23. **Total of Part 5**  $ 4,050,000.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☑ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.   $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Furniture and Equipment | $_____ | Orderly Liquidation Va | $ 15,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.   $ 15,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☑ Yes

| Debtor | Premier Tillage, Inc. | Case number *(if known)* 25-20314 |
|---|---|---|
| | Name | |

# Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 1968 Chevrolet Pickup C30, VIN No. CE338Z109552 | $ | | $ 1,000.00 |
| 47.2 2022 GMC Sierra 2500 HD- VIN No. 1GT49REYXNF306816 | $ | | $ 52,000.00 |
| 47.3 2009 Peterbilt Semi-Truck - VIN No. 2NPLHM7X39M786837 | $ | | $ 18,500.00 |
| 47.4 See continuation sheet | $ 0.00 | | $ 173,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 22,784.00 | | $ 365,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.
$ 609,500.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    - ☐ No. Go to Part 10.
    - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Paint Shop<br>200 Main Street<br>Quinter KS 67752 | Fee Owner | $ | | $ 70,000.00 |
| 55.2 | Production Shop<br>2572 County Road 76<br>Quinter KS 67752 | Fee Owner | $ | | $ 325,000.00 |
| 55.3 | New Shop<br>301 Park Street<br>Quinter KS 67752 | Fee Owner | $ | | $ 200,000.00 |

56. **Total of Part 9.**   $ 595,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☑ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☐ No. Go to Part 11.
    - ☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>See continuation sheet | $ 0.00 | | $ 0.00 |
| 61. | **Internet domain names and websites**<br>premiertillage.com | $ | | $ 0.00 |
| 62. | **Licenses, franchises, and royalties** | $ | | $ |
| 63. | **Customer lists, mailing lists, or other compilations**<br>Unknown | $ | | $ 0.00 |
| 64. | **Other intangibles, or intellectual property** | $ | | $ |
| 65. | **Goodwill** | $ | | $ |

66. **Total of Part 10.**   $ 0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☐ No
    - ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____   0.00 Total face amount  −  0.00 doubtful or uncollectible amount  = →  $ 0.00

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    Term Life Policy on Dan Chupp - North American Co. Policy LB0639     $ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____                             $_____
    **Nature of claim**     _____
    **Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                             $_____
    **Nature of claim**     _____
    **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**
    _____                             $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____                             $_____
    _____                             $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                  $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $30,404.51 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $10,292.51 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $4,050,000.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $609,500.00 | |
| 88. **Real property.** Copy line 56, Part 9. ................➔ | | $595,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $4,715,197.02  + 91b. | $595,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................... | 5,310,197.02 | $5,310,197.02 |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| **Adams Bank & Trust, P.O. Box 720, Ogallala NE 69153** | Checking | 8166 |
| **Balance: 500.00** | | |
| **Equity Bank, 7701 E. Kellogg, Suite 100, Wichita KS 67207** | Checking | 3285 |
| **Balance: 16,327.97** | | |
| **Adams Bank & Trust, PO Box 720, Ogallala NE 69153** | Savings | 3625 |
| **Balance: 9,198.73** | | |
| **Equity Bank, 7701 E. Kellogg, Suite 100, Wichita KS 67207** | Checking | 0513 |
| **Balance: 4,367.81** | | |
| **Golden Plans Credit Union** | Checking | |
| **Balance: 10.00** | | |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| **2016 Freightliner Truck – VIN No. 1FVMC5DV2GHHT5903** | | | 35,000.00 |
| **2000 Reinke Flatbed Trailer – VIN 4C6FC482411070018** | | | 12,500.00 |
| **2016 Freightliner Semi-Truck – VIN No. 1FUJGED58GLGW5830** | | | 25,000.00 |
| **2016 Roadrunner Trailer – VIN No. 1R9SD5326GL427789** | | | 20,000.00 |
| **2012 Kenworth Semi-Truck – VIN No.** | | | 30,000.00 |

1XKAPD9X4CJ327182

2000 Chevrolet Pickup 3500, VIN No. 1GBJK34J3YF405768     1,500.00

2022 Chevrolet Silverado – VIN No. 1HTKJPVK6NH627435     45,000.00

1999 International Truck – VIN No. 2HSFPAHN4XC089965     4,000.00

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Mil Trailblazer 325 Diesel Welder, Hydraulic Power Unit 40HP and GPC 5 spool manual valve | | | Unknown |
| John Deere Tractor – 9570RX 570HP | | | 225,000.00 |
| 1 Great Plains SS-2000 Other Tillage | | | Unknown |
| 2023 Doosan D30S-9 Lift Truck | | | 0.00 |
| 1 John Deere Tractor 8335R 335HP | | | Unknown |
| John Deere 40' Flexible Draper | | | 10,000.00 |
| 1 Brent 1194 Wagons | | | Unknown |
| Headhunter 37' Arrow Head Trailer | | | Unknown |
| 1 John Deere 5780 Combine | | | Unknown |
| Graco System Pumps | | | 1,000.00 |
| Becca HC Solvent Recycler | | | 1,000.00 |
| Vertical Band Saw – HE&M Model – VT100LM-45 | | | 1,000.00 |

**Continuation Sheet for Official Form 206 A/B**

| | | | |
|---|---|---|---|
| Graco 24F085 Color Electric System | | | 1,000.00 |
| Bearings, hydraulic cylinders, fittings, hoses and other inventory | | | 100,000.00 |
| Graco 24F085 Color Air Power System | | 1000.00 | 1,000.00 |
| Paint Booth Equipment | 22,784.00 | Lease Residual | 25,000.00 |

**60) Patents, copyrights, trademarks, and trade secrets**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Blade Process for Tillage – filed on behalf of Daniel Wayne Chupp | | | 0.00 |
| US Patent – Sweep Plow Implement – Date Jan. 15, 2019 | | | Unknown |

AMENDED

AMENDED

**Fill in this information to identify the case:**

Debtor: Premier Tillage, Inc.

United States Bankruptcy Court for the: District of Kansas

Case number (If known): 25-20314

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $_____
Priority amount: $_____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $_____
Priority amount: $_____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $_____
Priority amount: $_____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor  Premier Tillage, Inc.  
       Name

Case number *(if known)* 25-20314

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**  
Fidelity Funding Services LLC  
19600 Fairchild Road, Suite 120  
Irvine, CA 92612

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** Lease of Paint Booth Equipment

$ 15,466.24

**Date or dates debt was incurred** 05/13/2022  
**Last 4 digits of account number** 2022  

**Is the claim subject to offset?**  
☑ No  
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** _____  

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** _____  

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** _____  

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** _____  

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** _____  

**Is the claim subject to offset?**  
☐ No  
☐ Yes

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 2 of 4

# Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Fidelity Funding Services, LLC<br>c/o Christopher G. Parsons, Esq.<br>34437A Via Verde<br>Capistrano Beach, CA, 92624 | Line 3.1<br>☐ Not listed. Explain: | 2022 |
| 4.2. | | Line ____<br>☐ Not listed. Explain | |
| 4.3. | | Line ____<br>☐ Not listed. Explain | |
| 4.4. | | Line ____<br>☐ Not listed. Explain | |
| 41. | | Line ____<br>☐ Not listed. Explain | |
| 4.5. | | Line ____<br>☐ Not listed. Explain | |
| 4.6. | | Line ____<br>☐ Not listed. Explain | |
| 4.7. | | Line ____<br>☐ Not listed. Explain | |
| 4.8. | | Line ____<br>☐ Not listed. Explain | |
| 4.9. | | Line ____<br>☐ Not listed. Explain | |
| 4.10. | | Line ____<br>☐ Not listed. Explain | |
| 4.11. | | Line ____<br>☐ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 15,466.24 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 15,466.24 |

AMENDED

**Fill in this information to identify the case:**

Debtor name: Premier Tillage, Inc.

United States Bankruptcy Court for the: District of Kansas

Case number (If known): 25-20314  Chapter 11

☑ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Forklift - Lease No. 8465<br>Lessee | Toyota Commercial Finance<br>P.O. Box 660926<br>Dallas, TX, 75266 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Forklift - Lease No. 8467<br>Lessee | Toyota Commercial Finance<br>P.O. Box 660926<br>Dallas, TX, 75266 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Welding Cell Package<br>True Lease<br>Lessee | Fidelity Capital Partners, LLC<br>19600 Fairchild Road, Suite 120<br>Irvine, CA, 92612 |
| | State the term remaining | 36 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Software for Drafting System<br>Annual Payment<br>Lessee | Go Engineer<br>PO Box 671351<br>Dallas, TX, 75267 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Building Supplies - rags, bathroom<br>Lessee | Cintas Corporation #449<br>PO Box 88005<br>Chicago, IL, 60680 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of 3

AMENDED

Debtor  Premier Tillage, Inc.
        Name

Case number (if known) 25-20314

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Server Maintenance <br> Lessee | CK Technologies, Inc. <br> 2721 Canal Blvd. <br> Hays, KS, 67601 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Email Hosting | Eagle Radio <br> 2300 Hall Street <br> Hays, KS, 67601 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Garbage Service <br> Lessee | Gove County Solid Waste <br> P.O. Box 128 <br> Gove, KS, 67736 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Accounting and Taxes | Pinon <br> P.O. Box 874710 <br> Kansas City, MO, 64187 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Cell Phones <br> Acct. 9802-00001 <br> Lessee | Verizon Wireless <br> P.O. Box 16810 <br> Newark, NJ, 07101 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Printer Maintenance | Tri Central Office Supply, Inc. <br> 1101 Main Street <br> Hays, KS, 67601 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Midwest Energy <br> Purchaser | Midwest Energy <br> PO Box 898 <br> Hays, KS, 67601 |

Official Form 206G            Schedule G: Executory Contracts and Unexpired Leases            page 2 of 3

| Debtor | Premier Tillage, Inc. | Case number (if known) | 25-20314 |
|---|---|---|---|
| | Name | | |

AMENDED

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.13 State what the contract or lease is for and the nature of the debtor's interest<br><br>Netsuite Software License<br>Lessee<br><br>State the term remaining<br>List the contract number o any government contract | Oracle Financing<br>P.O. Box 405874<br>Atlanta, GA, 30384 |
| 2.14 State what the contract or lease is for and the nature of the debtor's interest<br><br>Cell Phone Plan<br>Acct. 6870-00001<br><br>State the term remaining<br>List the contract number of any government contract | Verizon Business<br>P.O. Box 16810<br>Newark, NJ, 07101-6810 |
| 2.15 State what the contract or lease is for and the nature of the debtor's interest<br><br>Internet Cloud Storage<br>Acct. 5278<br>Lessee<br><br>State the term remaining<br>List the contract number of any government contract | Vyve Broadband<br>P.O. Box 268951<br>Oklahoma City, OK, 73126-8951 |
| 2.16 State what the contract or lease is for and the nature of the debtor's interest<br><br>Shop Phone System<br>Lessee<br><br>State the term remaining<br>List the contract number of any government contract | Nex-Tech<br>P.O. Box 803868<br>Kansas City, MO, 64180-3868 |
| 2.17 State what the contract or lease is for and the nature of the debtor's interest<br><br>Fork Lift Lease No. 8467<br>Lessee<br><br>State the term remaining<br>List the contract number of any government contract | Toyota Commercial Finance<br>P.O. Box 660926<br>Dallas, TX, 75266 |
| 2.18 State what the contract or lease is for and the nature of the debtor's interest<br><br>Marketing Agreement<br>Lessee<br><br>State the term remaining<br>List the contract number of any government contract | Great Plains Capital Partners, LLC<br>435 Nichols Road, Suite 200<br>Kansas City, MO, 64112 |
| 2.19 State what the contract or lease is for and the nature of the debtor's interest<br><br>Paint Booth Equipment<br>Lessee<br><br>State the term remaining   8 months<br>List the contract number of any government contract | Fidelity Funding Services, LLC<br>19600 Fairchild Road, Suite 120<br>Irvine, CA, 92612 |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | page 3 of 3 |
|---|---|---|