# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re: Premier Tillage, Inc.

Debtor(s)

Case No. 25-20314-11
Chapter 11

## NOTICE OF AMENDMENT OF SCHEDULES D, E/F, G OR H (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel must also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): Fidelity Funding Services, LLC, 19600 Fairchild Rd., Ste. 120, Irvine, CA 92612
2. Claim (amount owed, nature of claim, date incurred): 15,466.24, Lease Balance, May, 2022
3. This claim has been scheduled as (mark one):
   ☐ secured   ☐ priority   ☑ general unsecured.
4. Trustee, if one has been appointed: N/A
5. Original deadline for filing proofs of claim: June 30, 2025
6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523, 727: June 23, 2025 [Date].
   **or**
   ☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on: _____ [Date].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for _____ [Date] at _____ [Location]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by _____ [Date]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled, and notice provided by the Clerk upon expiration of the deadline date.

☐ The final order of discharge was entered on _____ [Date] and a copy is attached.

Certificate of Service: I certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on May 30, 2025 [Date].

*/s/ Neil S. Sader*

Attorney Signature
Attorney Name: Neil S. Sader
Bar Number: 16437
Firm Address: 2345 Grand Blvd., Suite 2150
City, State ZIP: KC, MO 64108
Fax: 816-561-0818
Email: nsader@saderlawfirm.com

Debtor Signature (Optional if signed by counsel)

Joint Debtor Signature (Optional if signed by counsel)

Case 25-20314    Doc# 112    Filed 05/30/25    Page 2 of 2